Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Fairfield District of Connecticut

Bridgeport Division

JAN 29 2020 AM 11:48
FILED - USDC - BPT - CT

| | |
|---|---|
| Torr English Moss<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Juda Epstein<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:20 cv 129 (AYC)<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Torr English Moss |
   | Street Address | |
   | City and County | |
   | State and Zip Code | Connecticut CT06607-1612US |
   | Telephone Number | 203-556-2042 |
   | E-mail Address | torrmoss@yahoo.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Juda J. Epstein |
| Job or Title (if known) | Esquire |
| Street Address | 3543 Main Street |
| City and County | Bridgeport Fairfield |
| State and Zip Code | Connecticut 06606 |
| Telephone Number | 203-371-7007 |
| E-mail Address (if known) | |

### Defendant No. 2

| | |
|---|---|
| Name | Alfred Jenning |
| Job or Title (if known) | referree |
| Street Address | 1061 Main Street |
| City and County | Bridgeport, Fairfield |
| State and Zip Code | Connecticut 06604 |
| Telephone Number | |
| E-mail Address (if known) | |

### Defendant No. 3

| | |
|---|---|
| Name | Barbara Bellis |
| Job or Title (if known) | |
| Street Address | 1061 Main Street |
| City and County | Bridgeport, Fairfield |
| State and Zip Code | Connecticut 06604 |
| Telephone Number | |
| E-mail Address (if known) | |

### Defendant No. 4

| | |
|---|---|
| Name | Ernest Laden |
| Job or Title (if known) | Marshal |
| Street Address | 06605-8134 |
| City and County | Bridgeport Fairfield |
| State and Zip Code | Connecticut |
| Telephone Number | 203-450-9078 |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 18 § 951, 22 USC 611, 28 § 1691, 18 § 1342, title 18 § 241, title 18 § 242, 28 § 1602-1611
Peace and Friendship Treaty of 1789

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Torr-English , is a citizen of the State of *(name)* Connecticut Republic .

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* TORR ENGLISH MOSS LLC , is incorporated under the laws of the State of *(name)* DELAWARE ,
    and has its principal place of business in the State of *(name)* CT06607-9998US .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Juda J Epstein , is a citizen of the State of *(name)* Connecticut . Or is a citizen of *(foreign nation)* BAR .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Law Office Of Juda J Epstein, ltd , is incorporated under the laws of the State of *(name)* Connecticut , and has its principal place of business in the State of *(name)* Connecticut .

Or is incorporated under the laws of *(foreign nation)* Connecticut , and has its principal place of business in *(name)* Fairfield County .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$10,000,000.00, Juda Epstein has churned my mother estate claiming to be a benficiary of the estate without the consent of the Estate. twisting a closed account and coerced me into turning over 35 thousand dollars with out returning any OID'S or money order transaction and W9, showing settlement and discharge  Juda refuse to provide proof of claim in any sort since 2012.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attorney Juda J.Epstein Esquire is a foregin agent operating in commerce without the foreign registration on file and is not tax exempt. the court erred and violated the rule found under general statue 52 121 B and C.  alfred jenning threaten to call the marshal on me for asking do we have  a contract, and judge Bellis called the marshal on me for stating i amTorr English  attempting to make me liable for there emolument , kickback, kiting and churning the trust accounts of the  deceased entity/corporation..ernest laden placed his marshal stamp as court clerk stamp simulating official documentaton on void writs.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

the plaintiff seeks relief in damages recoupment for the labor and time for the fraudulen conveyence of grammer, the misleading, infridgement, adminstering writs without the sealof the court and consideration for my equity found in the labor provided in the estate

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/29/2020

Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# UNITED STATES DISTRICT COURT
## For the
## Fairfield County
## Bridgeport Division

**COMPLAINT**

Date: 01/29/2020

Case No. _____

**Torr English Moss, Estate**
**Plaintiff**

V

**Jud Epstein**
**Defendant**

I am hereby putting you on notice of my intent to file suit against you for repeated violations of U.S.C. Title 15 § 1692 et seq. I have told representatives of your company CEASE DESIST AND DISMISS, I have sent you a letter requesting verification of the alleged debt you keep harassing me about. You received that notice on several motion and post mail deliveries as evidenced by USPS electronic delivery confirmation yet you have continued collection efforts demanding payment in blatant violation of the FDCPA.

This is my notice to you that I am going to file suithV against you for damages for violations of the Federal Debt Collection Practices Act. I do not expect to receive ANY further communication from you. Any further contact from you will be FULLY DOCUMENTED and added to the already existing evidence and made available as evidence in the Court action against you.

I made a conditional offer to settle this matter upon lawful verification of this alleged debt in the correspondence sent to you. You failed to respond and illegally continued to proceed with collection activities in violation of Federal Law. You have now incurred liability and can now pay ME as a result of your unwarranted and illegal actions.

376 U.S. 605 84 S.Ct. 919 11 L.Ed.2d 940
**Victor RABINOWITZ et al., Petitioners,**
v.
**Robert F. KENNEDY, Attorney General of the United States.**
No. 287. Argued March 2, 1964. Decided March 30, 1964.

We hold, for the reasons stated below, that the Foreign Agents Registration Act plainly and unquestionably requires petitioners to register. Since we conclude that the Court of Appeals was correct in ordering the case dismissed, but for reasons other than those relied upon in its opinion, we do not pass upon the reasoning by which that court arrived at its decision, nor do we have occasion to consider the scope of the declaratory judgment remedy or the sovereign immunity doctrine.[1]

The Foreign Agents Registration Act was first enacted by Congress on June 8, 1938. It required agents of foreign principals to register with the Secretary of State.' '(A)gent of a foreign principal' was defined as 'any person who acts or engages or agrees to act as a public-relations counsel, publicity agent, or as **agent, servant, representative**, or **attorney** for a foreign principal * * *.' 52 Stat. 631, 632. (Emphasis added.) 'Foreign principal' was defined as 'the government of a foreign country, a political party of a foreign country, a person domiciled abroad, or any foreign business, partnership, association, corporation, or political organization * * *.' Exempted from the definition of 'agent of a foreign principal' was 'a person, other than a public-relations counsel, or publicity agent, performing only private, non-political, financial, mercantile, or other activities in furtherance of the bona fide trade or commerce of such foreign principal.' 52 Stat. 631, 632. (Emphasis added.) In 1961, the exemption section was amended to apply to persons 'engaging or agreeing to engage only in private and non-political, financial or mercantile activities in furtherance of the bona fide trade or commerce of such foreign principal * * *.'[2] (Emphasis added.) 75 Stat. 784. The Senate and House Reports accompanying this amendment state its purpose as follows:

We conclude, therefore, that petitioners, **attorneys representing a foreign government in legal matters including litigation,** are not exempt from registering under the Foreign Agents Registration Act. **Note Juda J Epstein Is Not Registered or Exempt. See attachment.**

### 18 U.S. Code § 951.Agents of foreign governments

**(a)** Whoever, other than a diplomatic or consular officer or attaché, acts in the United States as an agent of a foreign government without prior notification to the Attorney General if required in subsection (b), **shall be fined under this title or imprisoned not more than ten years, or both.**

**28 U.S. Code § 1691, 62 Stat 945**. Seal and teste of process. All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof.

*Peaslee* v. *Habersiro,* 15 Blatchf. 472. " A summons, or notice to the defendant, for the commencement of a suit, is certainly process, quite as much as a *capias,* or a subpoena to appear and answer is process. The statute intends that all process shall issue from the court, where such process is to he held to be the action of the court, and that **the evidence that it issues from the court and is the action of the court shall be the seal of the court and the signature of the clerk. As per 4th amendment as well.**

The question here presented was decided by the circuit court for the northern district of New York in *Peaslee* v. *Haberstro,* 15 Blatchf. 472, where it was held that the summons must be signed by the clerk and be under the seal of the court, and that section 911 is not inconsistent with or repealed by section 914.

In *Peaslee* v. *Haberstro* it is said: "If the summons in this case-had been signed by the clerk, it could be amended as regards the seal. As it is, there is no summons in the nature of process known to this court." In that case there was no seal and no signature of the clerk, and the summons was set aside. The motion of the defendant is granted, and the motion of the plaintiffs is denied.

In Leas & McVitty (C.C.) 132 Fed. 510, 512 [*supra*], the court said: "I think section 911, Rev. St. (U.S. Comp. St. 1901, p. 683), means no more than that, when a writ or process issues from a federal court, it must be **signed by the clerk**, and shall be **authenticated in the manner therein set out**."

Inasmuch as all writs and processes issuing from a court of the United States are required, by statute, to be under seal of court and signed by clerk thereof, an injunction signed only by deputy clerk of district court is not void for want of a judicial signature. [Scanbe Mfg. Co. v. Tryon, 400 F.2d 598][hn. 1 (9th Cir. 1968), emphases added]

Federal law governed **the effect of the use of an improper name in summons and complaint** as that of defendant because subd. (b) of this [FRCP] Rule [4] and Rule 10(a) of these rules had bearing on **significance of use of improper names**.[Kroetz v. AFT-Davidson Co.][102 F.R.D. 934 (E.D.N.Y. 1984)]

Note: See Original Summons attached with **Ernest Laden's Court Stamp** as Clerk Stamp.

**U.S. Constitution - Article 1 Section 9 Article 1 - The Legislative Branch**
**Section 9 - Limits on Congress** The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person. The privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it. No Bill of Attainder or ex post facto Law shall be passed.

**U.S. Constitution - Article 1 Section 10 Article 1** - The Legislative Branch
Section 10 - Powers Prohibited of States No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

**18 U.S. Code § 1342.Fictitious name or address**
Whoever, for the purpose of conducting, promoting, or carrying on by means of the Postal Service, any scheme or device mentioned in section 1341 of this title or any other unlawful business, uses or assumes, or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other than his own proper name, or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this title or imprisoned not more than five years, or both.
(June 25, 1948, ch. 645, 62 Stat. 763; Pub. L. 91–375, § 6(j)(12), Aug. 12, 1970, 84 Stat. 778; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

                                                          Respectfully:

                                      By: executor _[signature]_

**Certified Document:**
                                      TORR ENGLISH   MOSS, Estate.
                                      Executive Office.

Copy to: Office of Governor,          Nation Connecticut
         Of Connecticut                    General Post Office.
                                                Beardsley Street – 181-183
                                                Bridgeport. Moss Province.
Copy to: Office of Attorney General,    United States Minor, Outlying Islands.
         Of Connecticut                    [Near 06607-9998]

## CERTIFICATION

**I hereby certify that the foregoing motion has been mailed to all pro se parties/counsels of record on**

_____
**Date**

**ORDER**

The foregoing motion having been heard by the court is hereby ordered:
                                                  GRANTED / DENIED
                                                             By the Court

**Date** _____                        _____
                                    **Judge / Clerk**

JUDITH L. LUQUE
[Notary] State of Connecticut
Commission Expires May 31, 2024

NON-UCC Official Document filing per
Registered Mail # EL 822674730US
Dated Posted and Recorded:

5/31/24

1/29/20

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Torr; Moss    (203) 556-2042

B. E-MAIL CONTACT AT FILER (optional)
torrmoss@yahoo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Torr English; Moss
Private Attorney General
Bridgeport, Connecticut (CT06607-1612US)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
Torr English Moss - INCOLA personal "Civilly Dead" Labor Wagering Organization

OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

1c. MAILING ADDRESS: c/o 181-183 Beardsley Street | CITY: Bridgeport | STATE: CT | POSTAL CODE: 06607-1612 | COUNTRY: US

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) ...

2a. ORGANIZATION'S NAME
2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
Torr-English; Moss A Republic Civis "Civilly Alive" International Organization

OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

3c. MAILING ADDRESS: c/o 181-183 Beardsley Street | CITY: Bridgeport | STATE: ct | POSTAL CODE: 06607-1612 | COUNTRY: US

4. COLLATERAL: This financing statement covers the following collateral:
The Bailee is an Connecticut Republic Civis Principality "Civilly Alive" of Age and one having the Full Power of a Private Attorney General; therefore I am by the Bailor's Will, Claiming the Bailor's NON-UCC BAILMENT - Labor Wages up to $47 billion. This U.S. Registered Mail - Bailee/Bailor NON-UCC Bonded Labor Wagering Security Claim and Lien stands over all of the associated TORR ENGLISH MOSS - UNITED STATES and STATE OF CONNECTICUUT Banked Labor Wagering Credits held on deposit with the associated Labor Wage Banking Division within the Department of Labor; at the Labor Credit Window for Labor payments or the full Liquidation of all of the Bailor's registered secured labor accounts.

Therefore, this Labor Credit Lien NON-UCC is a Superior Labor Claim; which demands the restoration of all withheld Labor Wargering Credits within 3 days to restore my Just Trading Right, as required by the Law.

All Foreign Claim Jumping Contracts Liens and Bonds for their Foreign Corporate "Claim Jumping" Beneficial unjust Profits are to be terminated. After the 3 days of settlement grace, all unresolved "Labor Wagering Claims" will carry additional charges based upon Title 15 USC § 1&2 for Labor Trade RESTRAINTS.

[see the attached sheet for the BAILOR'S Labor Wagering Securities]

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
14th Amendment; PL79-291; 22 USC § 1&2; 46 USC § 73&573; 1868 Expatriation Act; UCC section 9; Miller Act; Baby Act

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# BAILOR/BAILEE NON-UCC # EL 822674730 US
# LABOR WAGERING CREDIT Attachment Sheet # 1

## UNITED STATES Department of Labor:

### Security Labor Credit Payments and Labor Account Liquidation Window.

- SOCIAL SECURITY - Bonded Labor Wagering Security # 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
- US POSTAL SERVICE - Bonded Labor Wagering Security # CT 06601-9121 US
- "Certificate of Live Birth" - Bonded Labor Wagering Security # 001172708
- SS MEDICARE - SS Add-on Bonded Labor Wagering Security # 600 890 0025 18950 00 7

OR _____

## STATE OF CONNECTICUT DEPARTMENT OF LABOR:

### Security Labor Credit Wager Payments and Labor Account Liquidation Window.

- "Certificate of Live Birth" - Bonded Labor Wagering Security # 001172708
- State Of Connecticut - Driver's License and ID Bonded Labor Wagering Security # 02481879
- Connecticut Certificate of Vehicle Title - Bonded Labor Wagering Security # 0348087180, #034004251, #AA1311572, # AA1062250

Subscribed and sworn, without prejudice, as said in the Uniform Commercial Code 1-308/1-207 (27), Torr E. Moss, Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

My hand and Mark as Subscriber
Date  01-29-2020

Common Law Seal of Natural Person  TORR E. MOSS

Signing by Accommodation for  x By: For English May, Estate

On this 29 day of Jun, year 2020, before me, the undersigned, a Notary Public in and for Torr E Moss, personally appeared the above signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that she has executed the same.

Signed _____
Printed Name  Judith L. Luque
Date  1-29-2020

My Commission Expires  May 31, 2024

JUDITH L LUQUE
Notary Public, State of Connecticut
My Commission Expires May 31, 2024